JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.R., | Case No. 2:18-cv-05055-SHK |
| Plaintiff, | |
| v. | JUDGMENT |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

It is the judgment of this Court that the Commissioner of Social Security's decision is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with this Court's Order.

DATED: 7/5/2019

_____
HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge